432 A.2d 249

Commonwealth v. Moody, Appellant.

Submitted March 21, 1980. Joseph P. Zawrotny,

for appellant; Eric B. Henson, Assistant District Attorney for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.